Charles H. Kerner, Respondent, v. Charles G. Boardman
et al., Appellants.

(Argued March 21, 1892; decided April 12, 1892.)

Appeal from judgment of the General Term of the Court of Common Pleas in and for the city and county of New York, entered upon an order made June 1, 1891, which affirmed a judgment in favor of plaintiff entered upon a verdict and also affirmed an order denying a motion for a new trial.

*W. S. Beaman* for appellants.

*Charles Fox* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.          _____